MHN

# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

08CV2550
JUDGE LEFKOW
MAG. JUDGE NOLAN

**Plaintiff(s):** GREG ZAWADOWICZ

**Defendant(s):** RICHARD A. DIVANE, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

Greg Zawadowicz
#2006-0059781
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

FILED
JN MAY X 5 2008
5-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** m. Burke **Date:** 5/5/08