MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TD

RECEIVED
MAY 5 2008
5-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Greg Zawadowicz

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Richard A. Divane

Phil Cline

Marek Tatarczuk

Wesley Tatarczuk

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV2550
JUDGE LEFKOW
MAG. JUDGE NOLAN

**CHECK ONE ONLY:**

__x__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Greg Zawadowicz

B. List all aliases: none

C. Prisoner identification number: 2006-0059781

D. Place of present confinement: Cook County Department Of Correction

E. Address: 2600 S. California Av., Chicago, Il 60608,

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Richard A. Divane

Title: Chief Of Cook County State Attorney Office

Place of Employment: Cook County State Attorney Office

B. Defendant: Phil Cline

Title: Superintendent Of Chicago Police Department

Place of Employment: Chicago Police Department

C. Defendant: Marek Tatarczuk

Title: DJ

Place of Employment: "Hot Spot", 2959 N. Cicero, Chicago, Il

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant  Wesley Tatarczuk

Title  Owner of "Hot Spot"

Place Of Employment  "Hot Spot", 2959 N.Cicero, Chicago, IL

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

 A. Name of case and docket number:   N/A

 B. Approximate date of filing lawsuit:   N/A

 C. List all plaintiffs (if you had co-plaintiffs), including any aliases:   N/A
  N/A

 D. List all defendants:   N/A

 E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):   N/A

 F. Name of judge to whom case was assigned:   N/A

 G. Basic claim made:   None

 H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   N/A

 I. Approximate date of disposition:   None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff was arrested in the morning August 02, 2006, by officers (names unknown), employeed by Chicago Police Department, Grand-Central 5th District;

Plaintiff arrest was made in his apartment, located at 2542 N. Lockwood, Chicago, Il 60639. During plaintiff arrest his apartment was searched and certain items was tooked for evidence. Then plaintiff was handcuffed and transported to Grand-Central 5th District Police Station.

The search and arrest complained of, was made without any warrant or authority, whatsoever, and were made in violation the plaintiff rights under the Four Amenment to the Constitution of the United States and Article I, Section 2, 6 and 10 of the Constitution of State of Illinois. At the police station plaintiff demand counsel and his request remain unanswered. After three days at police station, plaintiff was transported to CCDOC located at 2600 S. California Av, Chicago, Il 60608, where plaintiff remain to today.

For all claims set forth and allegation made within this document the the claimed or alleged behavior of employees at Chicago Police Department District 5th Grand-Central Station and Cook County State Attorney Office took place during the period indicated above.

Defendant Marek Tatarczuk is responsible for false statement against plaintiff, which statement make plaintiff as a helper for one of offender and was a factor plaintiff arrest and detention.

Defendant Wesley Tatarczuk is responsible for false statement and perjury before Grand Jury against plaintiff, which make plaintiff as a helper for one of offender and was a factor plaintiff arrest and detention.



Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Claimant is claiming for compensatory damages and pray this court enter the judgement against the respondents sum of $150.000. (one hundred fifty thousand dollars) from each individual respondents or sum of $ 600.000 (six hundred thousand dollars) collectively, divided as the court seems fit accordingly to the each individual action. Claimant is seeking also for punitive damages.

VI. The plaintiff demands that the case be tried by a jury. [X] YES  [ ] NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this April day of 16 , 2008.

_(signature)_
(Signature of plaintiff or plaintiffs)

Greg Zawadowicz
(Print name)

# 2006-0059781
(I.D. Number)

Cook County Department of Correction

2600 S. California Av, Chicago, IL 60608,
(Address)