UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**
JUN 1 2 2008
6-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Office of Prisoner Correspondence:     Case number: 08C 2550

Regarding to request Judge Joan H. Lefkow I send names and star numbers police officers Area 5th Grand-Central Station, which conducted warantless search and arrest in my apartment in day of August, 02,2006:

1. Spain, S. Brian       star# 21403,
2. Forde, E. Sean        star# 20203,
3. Folino, Jr, L.John    star# 20143,
4. Fergus, S, Sheamus    star# 20809,
5. Mc Dermoth,B,Timothy  star 21084,
6. Hawkins, T. Mark      star# 464,   Search Team Supervisor,
7. Vail, Mark,           star# 874,   Unit Commander Officer,

Also, I attached proof, that search warrant was issued after mentioned above action.

Attachment:
Search warrant

Sincerely,

[signature]

Date: 06-06-2008

Greg Zawadowicz
#2006-0059781
P.O. Box 89002
Chicago, Il 60608,

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

On this day, Detective Brian Spain #21403, Area Five Detective Division, Chicago Police Department, now appears before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

### I therefore command that you search:

Grzegorz Zawadowicz M/W/50, 155 lbs, Gray Eyes, Gray Hair, Light Complexion

### and the premises:

2542 N. Lockwood Avenue, Apartment 1st Floor North, Chicago, Cook County, Illinois

### and seize the following instruments, articles and things:

Light colored sleeveless style shirt, dark jean style pants, light colored shoes and all other clothing items of evidentiary value, along with documents showing proof of residency.

### which have been used in the commission of, or which constitute evidence of the offense of:

720 ILCS 5/9-1 First Degree Murder

I further command that a return of anything so seized shall be made without necessary delay before me or before:

or before any court of competent jurisdiction.

Judge _____

_____ 546
JUDGE                        Judge's No.

Date and time of issuance: August 3, 2006 @ 1:30 PM

P. 2 of 6

| COURT BRANCH | COURT DATE |
|---|---|

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS
COUNTY OF COOK

(3-81) CCMC-1-219
THE CIRCUIT COURT OF COOK COUNTY

# COMPLAINT FOR SEARCH WARRANT

On this day, Detective Brian Spain #21403, Area Five Detective Division, Chicago Police Department, now appears before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

Grzegorz Zawadowicz M/W/50, 5'07", 155 lbs, Gray Eyes, Gray Hair, Light Complexion

### and the premises:

2542 N. Lockwood Avenue, Apartment 1st Floor North, Chicago Cook County, IL

### and seize the following instruments, articles and things:

Light colored sleeveless style shirt, dark jean style pants, light colored shoes and all other clothing items of evidentiary value, along with documents showing proof of residency.

### which have been used in the commission of, or which constitute evidence of the offense of:

720 ILCS 5/9-1 First Degree Murder

Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:

I, Detective Brian Spain #21403 have been a Chicago Police Officer for the past eight years. I am currently assigned as a Detective at Area Five Violent Crimes. On July 29, 2006 I was assigned to conduct a follow up investigation of the Homicide of Marcin Strojny. Who was battered to death on the street at 4752 W. Wellington, Chicago Illinois on July 29, 2006. My investigation has revealed that Marcin Strojny was beaten to death by numerous individuals at approximately 0435 hrs, on July 29, 2006, after leaving the "Hot Spot" tavern located at 2959 N. Cicero Ave, Chicago, Illinois. My investigation has revealed that Grzegorz Zawadowicz was present, and has been identified by four (4) eyewitnesses as having participated in the beating that resulted in Marcin Strojny death. My investigation revealed after viewing the images recorded by the "Hot Spot" tavern's internal security system that Grzegorz Zawadowicz was wearing a light colored sleeveless style shirt adorned on the front with an unknown logo, dark colored jean style pants and light colored shoes. My investigation resulted in the arrest of Grzegorz Zawadowicz at 2542 N. Lockwood Avenue, Apartment 1st Floor North, Chicago, Illinois. My investigation has revealed that Grzegorz Zawadowicz resides at said location. Based on the aforementioned, the affiant believes that there is sufficient facts for the issuance of a search warrant for Grzegorz Zawadowicz and the 1st floor North apartment at

_____
  #21403
COMPLAINANT

Subscribed and sworn to before me on August 2, 2006 @ 1:30 PM, 20____

_____        546
JUDGE                       Judge's No.

2

| COURT BRANCH | COURT DATE |
|---|---|

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT

2542 N. Lockwood Avenue, Chicago, Cook County, Illinois.

_____ #21403
COMPLAINANT

Subscribed and sworn to before me on August 3, 2006 @ 1:30 PM, 20____

_____ 546
JUDGE    Judge's No.

3

| SEARCH WARRANT DATA | UNIT | WARRANT NO. | ISSUED DATE |
|---|---|---|---|
| Chicago Police Department | 650 DET DIV AREA 5 | 06SW5974 | 03-AUG-2006 13:30 |

**PART I - TO BE COMPLETED PRIOR TO SEARCH WARRANT EXECUTION**

| JURISDICTION | NAME OF APPROVING A.S.A (LAST-FIRST) | NAME OF JUDGE (LAST-FIRST) | EMP NO |
|---|---|---|---|
| COUNTY | GREENSTEIN-BONNIE | WINECKI- | 546 |

**OBJECT OF WARRANT**
clothes worn by Grzegorz Zawadowicz when Marcin Strojny was beaten to death

**PERSONNEL ASSIGNMENTS**

| NAME (LAST-FIRST-MI) | AGENCY NAME | STAR NO. | EMP NO. | ASSIGNMENT |
|---|---|---|---|---|
| SPAIN,S,BRIAN | CPD | 21403 | 23240 | AFFIANT |
| FORDE,B,SEAN | CPD | 20203 | 45012 | BREECH |
| FOLINO JR,L,JOHN | CPD | 20143 | 44209 | ENTRY |
| FERGUS,M,SHEAMUS | CPD | 20809 | 22208 | ENTRY |
| MC DERMOTT,B,TIMOTHY | CPD | 21084 | 54648 | ENTRY |
| HAWKINS,T,MARK | CPD | 464 | 46237 | SEARCH TEAM SUPERVISOR |

**EQUIPMENT EXCEPTION**

**ITEMS FOR CONSIDERATION**

1. Residency Check
2. Number of occupants anticipated:
   a. adults,children,males,females
   b. procedures if children or females are present
3. identity of occupants likely to be present (physical description,criminal history,etc.)
4. Condition of occupants (asleep,intoxicated,etc.)
5. Type of security on premises (animals,burglar gates, reinforced doors,lookouts,etc.)
6. Type of equipment needed:
   a. miscellaneous items (handcuffs, flashlights,whistles,etc.)
   b. specialized items (sledge hammer, crowbar,camera,binoculars,etc.)
7. Expectation of weapons present
8. Hazards particular to premises
9. Other relevant data

10. Duty Assignments:
    a. positions
    b. use of equipment
    c. order of entry
       Note: Officer's effecting forced entry should NOT be the first to enter the premises
    d. security of arrestees
    e. security of contraband seized
    f. security of Department equipment
    g. disposition of children under the age of 18 who may be neglected as a result of an arrest or otherwise
    h. radio procedures
    i. Notifications
    j. post-search premises security
11. Contingency plan

| WARRANT STATUS | UNIT COMMANDING OFFICER'S/WATCH COMMANDER'S SIGNATURE | STAR NO. |
|---|---|---|
| APPROVED-POST EXECUTION | VAIL, MARK | 874 |

CPD-41.703 (Rev.12/03)    Page 1 of 2    Printed by: PCOP512    03-AUG-2006 23:49

4

| SEARCH WARRANT DATA | UNIT | WARRANT NO. | ISSUED DATE |
|---|---|---|---|
| Chicago Police Department | 650 DET DIV AREA 5 | 06SW5974 | 03-AUG-2006 13:30 |

PART II - TO BE COMPLETED FOLLOWING SEARCH WARRANT EXECUTION

| RAID NUMBER | OPERATION NAME |
|---|---|
| | |

| LOCATION DESCRIPTION | SEARCH LOCATION ADDRESS | BEAT OF OCCURRENCE | DISTRICT |
|---|---|---|---|
| APARTMENT | 2542 N LOCKWOOD AVE Apt 1ST NORTH | 2515 | |

| SUBJECT'S NAME (LAST-MI FIRST) | SEX | RACE | DATE OF BIRTH | I.R.No. |
|---|---|---|---|---|

COMMUNICATION OPERATIONS SECTION

| NAME | AGENCY | STAR | EMP NO. | ASSIGNMENT TYPE |
|---|---|---|---|---|
| HAWKINS,T,MARK | CPD | 464 | 46237 | NOTIFICATION PRIOR TO ENTRY RECEIVED |

WARRANT EXECUTED? ☐ NO ☒ YES    WARRANT EXECUTED DATE 03-AUG-2006 14:00

ARREST MADE? NO    PROPERTY RECOVERED? YES    PREMISES TRAPS? NO
ATTACK DOGS USED? NO    APARTMENT BARRICADED? NO    GUNS FOUND? NO

CASE INFORMATION TURNED OVER TO DRUG & GANG HOUSE PROSECUTION? NO

ADDITIONAL INFORMATION (ANY UNUSUAL CHARACTERISTICS)
Search warrant for homicide invesitgaion reported under HM-506248

RECORD THE NAME AND STAR OF THE RECOVERING OFFICER, A DESCRIPTION OF THE ITEM(S) SEIZED AND THE LOCATION OF DISCOVERY FOR EACH DISTINCT SEIZURE

| INVENTORY ID | ITEM ID | PROPERTY TYPE | QUANTITY | DESCRIPTION |
|---|---|---|---|---|
| 10796084 | 1509269 | CLOTHING / FUR | 1 | GRAY IN COLOR SLEEVELESS STYLE |
| 10796084 | 1509270 | CLOTHING / FUR | 1 | DARK COLORED JEAN STYLE PANTS |
| 10796090 | 1509276 | OTHER | 1 | PROOF OF RESIDENCY |

| WARRANT STATUS | UNIT COMMANDING OFFICER'S/WATCH COMMANDER'S SIGNATURE | STAR NO | DATE |
|---|---|---|---|
| APPROVED-POST EXECUTION | VAIL, MARK | 874 | 03-AUG-06 |

| SEARCH WARRANT DATA<br>Chicago Police Department | UNIT<br>650 DET DIV AREA 5 | WARRANT NO.<br>06SW5974 | ISSUED DATE<br>03-AUG-2006 13:30 |
|---|---|---|---|

SKETCH PREMISES IF PROPERTY WAS RECOVERED:
NOTE IF ANY DAMAGE TO LOCATION

INDICATE NORTH BY ARROW



IF ADDITIONAL SPACE IS NEEDED, USE BLANK PAPER AND ATTACH TO THIS FORM

| SEARCH TEAM SUPERVISOR'S SIGNATURE<br>HAWKINS, MARK | STAR NO<br>464 | UNIT COMMANDING OFFICER'S/<br>WATCH COMMANDER'S SIGNATURE | STAR NO | DATE |
|---|---|---|---|---|

CPD-41.703 (Rev.12/03)   Page 3 of 3   Printed by: PCOU557   03-AUG-2006 22:36