Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN H. LEFKOW | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2550 | **DATE** | JUN 1 8 2008 |
| **CASE TITLE** | Greg Zawadowicz (#2006-0059781) vs. Richard Divane, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff has filed a document listing the names and badge numbers of the officers who allegedly participated in the warrantless search and arrest giving rise to this lawsuit. However, the court does not permit piecemeal amendments. The plaintiff must file an amended complaint setting forth all claims against all defendants. The plaintiff is directed to submit an amended complaint that stands complete on its own within thirty days of the date of this order. The plaintiff is reminded that he must provide the court with a complete judge's copy, including any exhibits, of every document filed; he must also provide a sufficient number of copies of the amended complaint for service on each defendant named in that pleading. The clerk is directed to mail the plaintiff an amended complaint and instructions along with a copy of this order.

*Joan H. Lefkow*

Docketing to mail notices.

FILED
2008 JUN 18 PM 2:38
CLERK
U.S. DISTRICT COURT

mjm