JUNE 30, 2008

HONORABLE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION,
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

CASE: 08 C 2550

FILED
JUL 7 2008
JUL 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

YOUR HONOR:

I ASK YOU FOR LEAVE SOME MORE TIME TO COMPLETE ALL DOCUMENTS NECESSARY IN MY CASE. MY DEADLINE FOR MAILING ALL DOCUMENTS IS SET-UP ON JULY 18, 2008. SINCE I RECEIVE LETTER INFORMED ME ABOUT MENTIONED DATE, I CANNOT VISIT LAW LIBRARY, COMMISARY VENDOR DID NOT SUPPLY ME WITH WRITING AND MAILING UTENSILS. I WANT ASK YOU FOR TWO WEEKS EXTENTION TIME. DESPITE TO MY DIFFICULTIES I WILL TRY MAIL ALL DOCUMENTS BEFORE DEADLINE. THANK YOU FOR YOUR INDULGENT.

RESPECTFULLY,

GREG ZAWADOWICZ
#2006-0059781
P.O. BOX 89002
CHICAGO, IL 60608