JULY 12, 2008



UNITED STATES COUR HOUSE
219 S. DEARBORN STREET
CHICAGO, ILLINOIS, 60604

HONORABLE: JOAN H. LEFKOW

CASE: 08C 2550
08CJ2550

**FILED**
JUL 17 2008 MD
Jul 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

YOUR HONOR:

I HAVE ASK YOU FOR COURT ORDER TO USING LAW LIBRARY IN CCDOC. ON LAST TWO MONTHS I WAS CALLED TO LAW LIBRARY THREE TIMES, WHAT IS NOT ENOUGH TIME TO BE GOOD PREPARED TO MY CASE. I WANT ASK YOU TO PERMISSION VISITING MENTIONED PLACE TWICE A WEEK. ALSO, I WANT ASK YOU FOR EXTENDING MY TIME FOR PREPARING ALL NECESSARY DOCUMENTS, WHICH YOU REQUESTED FROM ME. I DID SENT LETTER TO YOUR HONOR, BUT I DON'T HAVE ANY RESPONSE YET. CAN I ASK FOR ANOTHER THIRTY DAYS? MY DEADLINE IS ON JULY 18, 2008.

SINCERELY,

GREG ZAWADOWICZ
#2006-0059781
P.O. BOX 89002
CHICAGO, IL 60608